**FILED**

01/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0326

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0326

_____

CITY OF GREAT FALLS,

      Plaintiff and Appellee,

v.

SAXON DRU POLICH,

      Defendant and Appellant.

_____

**FILED**

JAN 07 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    Appellant Saxon Dru Polich has filed a "Notice of Extension in Time to Respond to Appellee," indicating that he will file his reply brief on or before February 8, 2021.

    Upon consideration of Appellant's notice, Appellant is hereby granted an extension of time until February 8, 2021, within which to file and serve his reply brief.

    No further extensions will be granted.

    DATED this 7ᵗʰ day of January, 2021.

               For the Court,

                         _____
                              Chief Justice